ORIGINAL

In The U.S. District Court
District of Delaware

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUL 28 PM 2:38

Helen M. Morrison
Plaintiff

v.

New Castle County Sheriff's Office, et. al.

Defendant

Civil Action
# 08-465

## Motion

Plaintiff requests emergency action from this court for a stay of the writ of eviction to be executed by the New Castle County Sheriff's Office on July 29, 2008, for property located at 146 Honora Drive, Bear, DE, 19701. Said property was sold at a sheriff's sale. Plaintiff has filed an

-2-

appeal with the U.S. Supreme Court to vacate the sheriff's sale. Delaware Superior Court states that they require a stay of eviction from the federal court.

Therefore, plaintiff respectfully requests an emergency stay of eviction at this time while this case is under adjudication.

I declare under penalty of perjury that the foregoing is true and correct.

7-28-08     Helen Morrison