IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN MORRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-465-SLR |
| | ) |
| NEW CASTLE COUNTY SHERIFF'S | ) |
| OFFICE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 28th day of July, 2008, plaintiff's having filed this same date an application to proceed without prepayment of fees and affidavit, a complaint, and a motion requesting "emergency action from this court for a stay of the writ of eviction to be executed by the New Castle County Sheriff's Office on July 29, 2008" (D.I. 1 - 3);

IT IS ORDERED that:

1. The application to proceed without prepayment of fees (D.I. 1) is granted.

2. The motion for an emergency stay (D.I. 3) is denied, as plaintiff has failed to identify any ground upon which this court can exercise federal jurisdiction. In her complaint, plaintiff attributes no discriminatory conduct to any party. She simply states that a foreclosure sale is scheduled to go forward tomorrow, despite the agreement of a bank to allow her to complete a private sale of the property at issue, and she has not received a response to the appeal she filed with the United States Supreme Court.

(D.I. 2)

                                                               */s/ [signature]*
                                                       United States District Judge