IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN MORRISON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEW CASTLE COUNTY SHERIFF'S OFFICE, et al. | : : | NO. 1:08-cv-00465-LDD |

ORDER

AND NOW, this 11th day of August 2008, plaintiff's prayer for an emergency stay of writ of eviction having already been denied in the July 28, 2008 Order issued by the Honorable Sue L. Robinson, United States District Judge, it is hereby ORDERED that the Clerk of Court is to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.